IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN CARLOS SALAS | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MOVE IT ASAP, LLC | ) | |
| | ) | |
| **Defendant** | ) | |

## COMPLAINT

Plaintiff, Juan Carlos Salas, files this Complaint against his former employer, Defendant, Move it Asap, LLC for unpaid overtime wages in violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

### I.     Parties, Jurisdiction, and Venue

1.

Plaintiff, Juan Carlos Salas, is a resident of the State of Georgia and may be served through the undersigned counsel.

2.

Defendant, Move it Asap, LLC. is a Georgia limited liability with its principal place of business in DeKalb County, Georgia.  Defendant may be served with process through its registered agent, Bernardo Nanlares.

3.

Defendant employs in excess of 6 employees in the State of Georgia.

4.

The claims contained in this suit arise under federal law and present federal questions; therefore, this Court has subject matter jurisdiction under 28 U.S.C. § 1331.

5.

This Court has personal jurisdiction over Defendant because it is a resident and citizen of the State of Georgia.

6.

Venue is proper in the Northern District of Georgia pursuant to 28 U.S.C. § 1391 because Defendant's principal place of business is in DeKalb County, which is in this Court's Atlanta Division.

## II.   Factual Allegations

7.

Move it ASAP, LLC provides residential and commercial moving services throughout the greater-Atlanta area.

8.

Defendant hired Mr. Salas in approximately 2012.

9.

Since his employment, Mr. Salas routinely 50 to 65 hours per week.

10.

Mr. Salas's salary was $18.00 per hour.

11.

Defendant never paid Mr. Salas for any time that he worked over forty hours in a given week.

12.

Mr. Salas's primary tasks were loading and unloading trucks, loading and unloading warehouses, and wrapping furniture and other items for moving services.

13.

On or around February 5, 2016, Mr. Salas was injured while at work.

14.

Plaintiff has never been paid either regular wages or time and a half wages for any hours that he worked over forty hours in a given week.

15.

Mr. Salas was a non-exempt employee under the Fair Labor Standards Act.

16.

Defendant is an employer subject to the Fair Labor Standards Act.

17.

Defendant's annual revenue exceeds $500,000.00 per year.

### Count One: Unpaid Overtime in Violation of FLSA

18.

Plaintiff hereby incorporates by reference Paragraphs 1 through 17 of this Complaint as if set forth fully herein.

19.

Defendant failed to compensate properly Mr. Salas for overtime hours worked during the relevant period in violation of 29 U.S.C. § 207.

20.

Upon information and belief, Defendant failed to keep all records required by 29 U.S.C. § 211(c) regarding the wages, hours, and other conditions of employment of Mr. Salas for the time period required by law.

21.

Defendant acted willfully in failing to pay the overtime compensation required by the FLSA to Mr. Salas.

22.

Mr. Salas is entitled to the recovery of his unpaid overtime compensation, an equivalent amount in liquidated damages, and his attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff requests the Court enter the following relief:

A. Grant Mr. Salas a jury trial;

B. Award Mr. Salas damages, including liquidated damages, in an amount to be proven at trial for Defendant's willful violation of the Fair Labor Standards Act in unlawfully failing to pay him overtime wages;

D. Award Mr. Salas attorneys' fees and costs in bringing this action; and

E. Grant all other and further relief as the Court finds just and proper.

Respectfully submitted this 10th day of May, 2016.

s/Logan B. Winkles
Logan B. Winkles
Georgia Bar No. 136906
CANNON, MIHILL & WINKLES, LLC
101 Marietta Street, NW
Suite 3120
Atlanta, Georgia 30303
T: (404) 891-6700
F: (404) 891-6701
lwinkles@cmw-law.com