UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN CARLOS SALAS,<br><br>                Plaintiff,<br><br>vs.<br><br>MOVE IT ASAP, LLC,<br><br>                Defendant. | CIVIL ACTION NO.<br><br>1:16-cv-1500-ELR |

# **J U D G M E N T**

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's to Enforce Settlement Agreement and Enter Judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $5,750.00.

Dated at Atlanta, Georgia, this 29th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   s/  Denza F. Bankhead
            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 29, 2017

James N. Hatten
Clerk of Court

By:   s/ Denza F. Bankhead
            Deputy Clerk